**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| ACUITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| North Central Video, LLLP, d/b/a ) | |
| Blockbuster Video, Dominic James ) | |
| Simnioniw, Lyle Edward Hilderman, and ) | |
| Heather Thomas, ) | |
| ) | Case No. 1:05-cv-010 |
| Defendants. ) | |

The court, in its order dated May 7, 2007, the court awarded Defendant North Central Video, LLP ("NCV") its reasonable attorney's fees and taxable costs. NCV subsequently filed a Motion for Approval of Attorney's Fees on May 18, 2007.

On June 27, 2007, NCV and ACUITY filed Stipulation Regarding Attorney's Fees Claim. Therein they stipulated that, with respect to NCV's Motion for Approval of Attorney's Fees, $14,895 was a reasonable amount of attorney's fees incurred by NCV through June 25, 2007, with ACUITY reserving the right to contest on appeal whether attorney's fees could be awarded by the court.

The court **ADOPTS** the parties stipulation (Docket No. 131) and **GRANTS** NCV's Motion for Approval of Attorney's Fees (Docket No. 119). The Clerk of Court is directed to amend the judgment to reflect that NCV is awarded $14,895 in reasonable attorney's fees as well as taxable costs to be taxed against Acuity pursuant to Local Rule 54.1(C).

**IT IS SO ORDERED.**

Dated this 28th day of June, 2007.

.  /s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge